UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMBER ROBERTS,**

   Plaintiff,

v.                                       No. 4:24-cv-0650-P

**SINGH HARPAL, ET AL.,**

   Defendants.

## ORDER

A review of the record in this case indicates that Defendants—the removing party—have failed to obtain Local Counsel, in violation of Local Rule 83.10 of this Court. Indeed, they only sought to proceed without Local Counsel over one month since instituting this action, *see* ECF No. 10, despite the Court's warning that failure to obtain Local Counsel *within fourteen days* of removal could result in dismissal of this action without further notice. *See* ECF No. 2.

Accordingly, this case is **REMANDED** to the 48th Judicial District Court of Tarrant County, Texas.

**SO ORDERED** on this **16th day of August 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE